UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SCOTT JACKSON**<br>**DOC #81893** | **CIVIL ACTION NO. 5:17-cv-1465**<br>**SECTION P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **BOSSIER SHERIFF**<br>**CORRECTION, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's civil rights complaint is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Keeper of the Three Strikes List.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 24th day of January, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT